## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Irving Feldbaum, derivatively on behalf of<br>SPIRIT AEROSYSTEMS HOLDINGS, INC., | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | Case No. 13-CV-01060-JAR-JPO |
| JEFFREY L. TURNER, PHILIP D.<br>ANDERSON, CHARLES L. CHADWELL,<br>IVOR J. EVANS, PAUL E. FULCHINO,<br>RICHARD A. GEPHARDT, ROBERT D.<br>JOHNSON, RONALD T. KADISH, TAWFIQ<br>POPATIA, FRANCIS RABORN, JAMES S.<br>SHARP, and DOES 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants; | ) | |
| -and- | ) ) | |
| SPIRIT AEROSYSTEMS HOLDINGS, INC.,<br>a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | |

## JOINT STIPULATION TO DISMISS DERIVATIVE ACTION WITHOUT PREJUDICE

WHEREAS, on February 6, 2013, Plaintiff Irving Feldbaum ("Plaintiff") initiated this

shareholder derivative action on behalf of Nominal Defendant Spirit Aerosystems Holdings, Inc.

("Spirit") and against certain officers and directors of Spirit;

WHEREAS, on May 17, 2013, Jeffrey L. Turner, Philip D. Anderson, Charles L.

Chadwell, Ivor J. Evans, Paul E. Fulchino, Richard A. Gephardt, Robert D. Johnson, Ronald T.

Kadish, Tawfiq Popatia, Francis Raborn, and James S. Sharp (collectively, the "Individual

Defendants") and Spirit (together, "Defendants") filed a motion to dismiss and motion to stay

discovery;

WHEREAS, prosecution in this action was temporarily deferred pending a ruling on the

motion to dismiss in the related putative class action that was filed in this court: *Wayne E. Anderson v. Spirit Aerosystems Holdings, Inc., et al.*, Case No. 13-CV-02261-EFM-TJJ (filed June 3, 2013) (the "Securities Class Action");

WHEREAS, the court granted defendants' motion to dismiss in the Securities Class Action on May 14, 2015;

WHEREAS, the parties hereby stipulate to dismiss the derivative action without prejudice and for all parties to bear their own costs;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff hereby dismisses the action without prejudice.

2. Neither Plaintiff nor his counsel will receive any consideration whatsoever, either direct or indirect, in connection with this dismissal.

3. All parties shall bear their own costs and expenses and thereby waive their rights, if any, to seek costs or expenses from the opposing party.

IT IS SO STIPULATED.

Dated: July 24, 2015                         SHAMBERG, JOHNSON & BERGMAN

                                             *s/ Lynn R. Johnson*
                                             LYNN R. JOHNSON

                                             Lynn R. Johnson
                                             Shamberg, Johnson & Bergman
                                             2600 Grand Blvd., Suite 550
                                             Kansas City, MO 64108
                                             Telephone: 816-474-0004
                                             Facsimile: 816-474-0003
                                             ljohnson@sjblaw.com

Frank J. Johnson
JOHNSON & WEAVER, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: 619-230-0063
Facsimile: 619-255-1856
frankj@johnsonandweaver.com

*Attorneys for Plaintiff*

Dated: July 16, 2015                     FOULSTON SIEFKIN LLP

   *s/ Toby Crouse*
TOBY CROUSE

James D. Oliver
Toby Crouse
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210
Telephone: 913-498-2100
Facsimile: 913-498-2101
joliver@foulston.com
tcrouse@foulston.com

KAYE SCHOLER LLP
Phillip A. Geraci
Jeffrey A. Fuisz
Aaron F. Miner
425 Park Avenue
New York, NY 10022
Telephone: 212-836-8000
Facsimile: 212-836-8689
phillip.geraci@kayescholer.com
jeffrey.fuisz@kayescholer.com
aaron.miner@kayescholer.com

*Attorneys for Defendants*