IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Irving Feldbaum, derivatively on behalf of SPIRIT AEROSYSTEMS HOLDINGS, INC., <br><br> Plaintiff, <br> vs. <br><br> JEFFREY L. TURNER, PHILIP D. ANDERSON, CHARLES L. CHADWELL, IVOR J. EVANS, PAUL E. FULCHINO, RICHARD A. GEPHARDT, ROBERT D. JOHNSON, RONALD T. KADISH, TAWFIQ POPATIA, FRANCIS RABORN, JAMES S. SHARP, and DOES 1-10, <br><br> Defendants; <br> -and- <br><br> SPIRIT AEROSYSTEMS HOLDINGS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 13-CV-01060-JAR-JPO |

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal (Doc. 44) stating that this matter may be dismissed without prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE pursuant to the parties' stipulation. Each party is to bear their own costs and expenses.

SO ORDERED.

Dated: July 30, 2015

                                                   S/ Julie A. Robinson
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE

Case 6:13-cv-01060-JAR-JPO   Document 45   Filed 07/30/15   Page 2 of 2